# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV12 | E1378793 | Civitano | 509 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/31/2021 0064 | USC 18.2 266(i) |

Place of Offense: Route 1

Offense Description: Factual Basis for Charge — HAZMAT ☐
Driving while intoxicated (DWI)

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Benavides | Brandon | A |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| VZH 5860 | VA | 17 | Nissan | | White |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 401 Courthouse Sq, Alexandria VA
Date: 8 Sept 21
Time: 0900

X Defendant Signature: [signature]

Original - CVB Copy



*E1378793*

CVB SCAN 08/11/2021 10:42

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 31 JUL, 20 21 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

See CVB E1378794 for summary

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/31/21 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/11/2021 10:42